B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas, McAllen Division

In re **Fatih Ozcelebi**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                          $ Retainer and billing at hourly rate.
   Prior to the filing of this statement I have received                $ 75,000.00
   Balance Due                                                          $ unknown

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **McAllen Gastroenterology Clinic**

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   **I agreed to accept a retainer of $75,000 and bill at an hourly rate of $450.00, with my paralegal billing at $225.00 per hour. At an hourly rate, Chamberlain Hrdlicka will represent the debtor and debtor in possession connection with a chapter 11 bankruptcy filing under the small business reorganization act. This will include preparing a petition for relief under chapter 11 of the Bankruptcy Code, negotiating with creditors and parties in interest, assist in planning for the filing, assist in the preparation of necessary motions for relief, assist in resolving litigation claims, and planning for the orderly reorganization, as the case may be, of financial affairs.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 16, 2020**
*Date*

*DocuSigned by:*
*Jarrod B. Martin*
A6F807DE50574E6...
**Jarrod B. Martin**
*Signature of Attorney*
**Chamberlain Hrdlicka White Williams & Aughtry**
**1200 Smith Street, Suite 1400**
**Houston, TX 77002**
**(713) 658-1818   Fax: (713) 658-2553**
**jarrod.martin@chamberlainlaw.com**
*Name of law firm*

---